# Court of Appeals
# of the State of Georgia

ATLANTA, August 14, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0024. SUFEN BATES v. DANIEL BATES.**

Appellant's request for an extension of time to file a discretionary application is hereby GRANTED; Appellant is granted a 30-day extension resulting in a due date of September 15, 2025; no further extensions may be granted. See Court of Appeals Rule 16 (c).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 08/14/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*